**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN C. GRIMBERG COMPANY, INC., <br><br><br> Defendants. | Civil Action No. 8:22-cv-00546-TDC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Old Republic General Insurance Corporation and Defendant John C. Grimberg Company, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of all claims and counterclaims between them in the above-captioned lawsuit WITH PREJUDICE, with each side bearing its own fees and costs.

Respectfully submitted,

*/s/ Andrew M. Reidy*
Andrew M. Reidy (*pro hac vice*)
Joseph Saka (Fed. Bar # 20996)
**Nossaman LLP**
1401 New York Avenue, NW
Suite 800
Washington, DC 20005
T 202.887.1412
F 202.466.3215
areidy@nossaman.com
jsaka@nossaman.com

*/s/ Thomas V. McCarron*
Thomas V. McCarron (Fed. Bar # 08145)
Zachary D. Schlein (Fed. Bar #14085)
**Semmes, Bowen & Semmes**
250 W. Pratt Street, Ste 1900
Baltimore, MD 21201
Tel: 410.576.4854
Fax: 410.539.5223
tmccarron@semmes.com
zschlein@semmes.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of November, 2023, a copy of the foregoing Stipulation of Dismissal With Prejudice was served electronically (via ECF) upon:

Joseph M. Saka (Bar No. 20996)
Nossaman LLP
1401 New York Avenue, NW
Suite 800
Washington, DC 20005
T 202.887.1412
F 202.466.3215
jsaka@nossaman.com

Andrew M. Reidy (pro hac vice)
Nossaman LLP
1401 New York Avenue, NW
Suite 800
Washington, DC 20005
T 202.887.1412
F 202.466.3215
areidy@nossaman.com

                                              */s/ Thomas V. McCarron*
                                              Thomas V. McCarron (Fed. Bar # 08145)