UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| OLD REPUBLIC GENERAL INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN C. GRIMBERG COMPANY, INC.,<br><br>Defendants. | Civil Action No. 8:22-cv-00546-TDC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Old Republic General Insurance Corporation and Defendant John C. Grimberg Company, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of all claims and counterclaims between them in the above-captioned lawsuit WITH PREJUDICE, with each side bearing its own fees and costs.

Respectfully submitted,

/s/ Andrew M. Reidy
Andrew M. Reidy (*pro hac vice*)
Joseph Saka (Fed. Bar # 20996)
**Nossaman LLP**
1401 New York Avenue, NW
Suite 800
Washington, DC 20005
T 202.887.1412
F 202.466.3215
areidy@nossaman.com
jsaka@nossaman.com

/s/ Thomas V. McCarron
Thomas V. McCarron (Fed. Bar # 08145)
Zachary D. Schlein (Fed. Bar #14085)
**Semmes, Bowen & Semmes**
250 W. Pratt Street, Ste 1900
Baltimore, MD 21201
Tel: 410.576.4854
Fax: 410.539.5223
tmccarron@semmes.com
zschlein@semmes.com

Motion: Granted 11/27/23

Theodore D. Chuang
United States District Judge

-1-